Rojas, Demandante y Apelante, *v.* Alejandro et al., Demandados y Apelados.

## Corte de Distrito de Humacao.

No. 2375—Resuelto en julio 28, 1923.

En este caso se confirmó una sentencia que declaró sin lugar la demanda de tercería; y siendo el principal motivo de queja del apelante el haber sido negada la suspensión del juicio pedida por enfermedad del principal testigo que se intentó acreditar con certificado médico, se concluyó que la suspensión no fué pedida de acuerdo con el artículo 202 del Código de Enjuiciamiento Civil.

El Juez Asociado Sr. Hutchison, emitió la opinión del tribunal.

---

Cosío & Primo, Demandante y Apelada, *v.* New York & Porto Rico Steamship Co., Demandada y Apelante.

## Corte de Distrito de Ponce.

No. 2707.—Resuelto en noviembre 22, 1923.

Esta es una apelación contra una sentencia que condena a la demandada a pagar a la demandante el valor de 200 barriles de arenques y los daños y perjuicios y costas por no verificar la entrega de las mercancías al llegar el vapor a su destino.

El alegato de los apelantes sugiere para explicar mejor el hecho de la salida del barco sin entregar la mercancía en cuestión, que el vapor era un barco correo que viajaba de acuerdo con un itinerario fijo que no podía ser alterado a conveniencia de la compañía.

*Se resolvió:* que no existiendo prueba que sostenga tal explicación del asunto ni error tan manifiesto que requiera la revocación, se confirmó la sentencia.

El Juez Asociado Sr. Hutchison, emitió la opinión del tribunal.